U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ARNOLD CHAPMAN vs. CARNEGIE FINANCIAL, INC.

Case Number:

FILED: MAY 27, 2008
08CV3049          TG
JUDGE HIBBLER
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CARNEGIE FINANCIAL, INC.

| NAME (Type or print) |
|---|
| James D. Helenhouse |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James D. Helenhouse |
| FIRM |
| Fletcher & Sippel LLC |
| STREET ADDRESS |
| 29 North Wacker Drive, Suite 920 |
| CITY/STATE/ZIP |
| Chicago, IL 60606-2832 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229421 | (312) 252-1500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐