IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARNOLD CHAPMAN, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CARNEGIE FINANCIAL, INC.,<br><br>Defendant. | Case No. 1:08-CV-03049<br><br>Hon. William J. Hibbler |

## NOTICE OF MOTION

TO:  See attached Certificate of Service

**PLEASE TAKE NOTICE** that on the **10TH** day of **June, 2008**, at **9:30 a.m.**, we shall appear before the Honorable William J. Hibbler in Room 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Carnegie Financial, Inc.'s Motion to Dismiss Counts II and III of Plaintiff's Complaint and Memorandum in Support**, a copy of which is hereby served upon you.

Dated: June 3, 2008

Respectfully submitted,

FLETCHER & SIPPEL LLC

By:  /s/Jeremy M. Berman
One of the Attorneys for Defendant
CARNEGIE FINANCIAL, INC.

OF COUNSEL:

James D. Helenhouse
Jeremy M. Berman
FLETCHER & SIPPEL LLC
29 North Wacker Drive, Suite 920
Chicago, IL 60606-2832
(312) 252-1500 Telephone
(312) 252-2400 Facsimile
jhelenhouse@fletcher-sippel.com
jberman@fletcher-sippel.com

## CERTIFICATE OF SERVICE

I, Jeremy M. Berman, attorney for Carnegie Financial, Inc., hereby certify that I caused a true and correct copy of the foregoing **Notice of Motion**, together with the referenced **Carnegie Financial, Inc.'s Motion to Dismiss Counts II and III of Plaintiff's Complaint and Memorandum in Support** to be filed electronically with the ECF system for the United States District Court for the Northern District of Illinois, and thereby served upon the following ECF-registered participants:

        Brian J. Wanca, Esq.
        Ryan M. Kelly, Esq.
        Anderson & Wanca
        3701 Algonquin Road, Suite 760
        Rolling Meadows, IL  60008
        *Attorneys for Plaintiff(s)*

        Phillip A. Bock
        Bock & Hatch, LLC
        134 North LaSalle Street, Suite 1000
        Chicago, IL  60602
        *Attorneys for Plaintiff(s)*

        /s/Jeremy M. Berman