## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 1:08-CV-03049

ARNOLD CHAPMAN vs. CARNEGIE FINANCIAL, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carnegie Financial, Inc.

| NAME (Type or print) |  |
|---|---|
| Jeremy M. Berman |  |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Jeremy M. Berman |  |
| **FIRM** |  |
| Fletcher & Sippel LLC |  |
| **STREET ADDRESS** |  |
| 29 North Wacker Drive, Suite 920 |  |
| **CITY/STATE/ZIP** |  |
| Chicago, IL 60606 |  |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6292384 | 312-252-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |  |