IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARNOLD CHAPMAN, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )   No.  08 CV 3049<br>) |
| CARNEGIE FINANCIAL, INC. | )   Judge Hibbler<br>)   Magistrate Judge Nolan |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF COUNTS II AND III ONLY WITHOUT PREJUDICE

Plaintiff, ARNOLD CHAPMAN, as allowed under Federal Rules of Civil Procedure 41(a)(1), hereby voluntarily dismisses Counts II and III of the Class Action Complaint against Defendant, CARNEGIE FINANCIAL, INC., without prejudice.  Count I remains pending.

Respectfully submitted,


s/Brian J. Wanca
One of the Attorneys for Arnold Chapman


Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 6, 2008, I electronically filed this Notice of Voluntarily Dismissal of Counts II and III Only with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

                                      s/Brian J. Wanca
                                      One of the Attorneys for Arnold Chapman

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |

2