UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Arnold Chapman
                Plaintiff,

v.                                               Case No.: 1:08−cv−03049
                                               Honorable William J. Hibbler

Carnegie Financial, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 7/30/2008 and continued to 8/28/2008 at 09:30 AM. The Court adopts the parties joint proposed scheduling order. Parties to comply with FRCP 26(a)(1) by 8/1/08. Fact discovery cut−off 2/27/09. Plaintiff shall comply with FRCP(26)(a)(2) on class discovery issues by 3/31/09. Defendant shall comply with FRCP(26)(a)(2) on class discovery issues by 4/30/09. Any supplemental FRCP 26(a)(2) from plaintiff by 6/1/09. Any supplemental FRCP 26(a)(2) from defendant by 7/1/09. Expert discovery ordered closed by 7/31/2009. Plaintiff's motion for class certification with supporting memoranda to be filed by 7/31/09. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.